UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: SEIZURE WARRANT | SW Nos.  26-sw-18-PAS |
| | 26-sw-19-PAS |
| | 26-sw-20-PAS |
| | 26-sw-21-PAS |
| | 26-sw-22-PAS |
| | 26-sw-23-PAS |
| | 26-sw-24-PAS |

## MOTION TO UNSEAL

The government moves to lift sealing in each of the above captioned warrants.

Investigation has moved to a stage where there is no longer a need for sealing.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

CHAS CALENDA
United States Attorney

MILIND SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001

SO ORDERED:

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
U.S. MAGISTRATE JUDGE

DATE: 1/22/2026